## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**SANDRA MITCHELL, OBO,**
**SHELLEY B. LEJEUNE**

**CIVIL ACTION**

**VERSUS**

**NO: 22-3619**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY**

**SECTION: "L" (4)**

### <u>ORDER</u>

The Court, after considering the complaint, the record, the applicable law, Magistrate Judge Roby's Report and Recommendation, and finding that, as of this date, no objections to the Report and Recommendation have been filed, hereby approves the Magistrate Judge's Report and Recommendation, and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that that the decision of the Administrative Law Judge be **AFFIRMED.**

New Orleans, Louisiana, this 3rd day of November, 2023.

_____
United States District Judge